```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DAVID M. PORTER, Bar #127024
    Counsel Designated for Service
 3  Assistant Federal Defender
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  CHARLES A. BANKS
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )  No. Cr. S 03-314 EJG
                                )
12          Plaintiff,          )  ORDER REDUCING SENTENCE PURSUANT
                                )  TO 18 U.S.C. § 3582(c)(2)
13      v.                      )
                                )  RETROACTIVE CRACK COCAINE
14  CHARLES A. BANKS,           )  REDUCTION CASE
                                )
15          Defendant.          )
                                )
16  _____)
```

17      This matter came before the Court on the stipulated motion of the
18 defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).
19      On May 7, 2004, this Court sentenced Mr. Banks to a term of
20 imprisonment of 90 months.  The parties agree, and the Court finds,
21 that Mr. Banks is entitled to the benefit of the retroactive amendment
22 reducing crack cocaine penalties, which reduces the applicable offense
23 level from 31 to 29.
24      IT IS HEREBY ORDERED that the term of imprisonment originally
25 imposed is reduced to an aggregate term of 73 months on all counts;
26      IT IS FURTHER ORDERED that all other terms and provisions of the
27 original judgment remain in effect.
28      Unless otherwise ordered, Mr. Banks shall report to the United

1  States Probation office closest to the release destination within
2  seventy-two hours after his release.
3  Dated:  May 6, 2008

                                    /s/ Edward J. Garcia
                                    HONORABLE EDWARD J. GARCIA
                                    United States District Judge

ORDER REDUCING SENTENCE
-2-