# UNITED STATES DISTRICT COURT
for the

Eastern District of California

**FILED**
MAY 15 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| CHARLES A. BANKS | ) | Case No: 2:03CR0314-01 |
| | ) | USM No: 14569-097 |
| Date of Previous Judgment: May 7, 2004 | ) | David M. Porter, AFD |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

A M E N D E D *
## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __90__ months **is reduced to** __73 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 29 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 151 to 188 months | Amended Guideline Range: | 121 to 151 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
X The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

\* This sentence consists of 73 months on each count, to run concurrently.

Except as provided above, all provisions of the judgment dated __May 7, 2004__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __May 8, 2008__                   _____
                                                                    Judge's signature

                                                                    EDWARD J. GARCIA, SR. U. S. DISTRICT JUDGE
                                                                    Printed name and title